IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

v.             **CASE NO. 4:09CR0042-01 BSM**
              **CASE NO. 4:10CR00156-01 BSM**

**KEVIN EDGAR MANNON**                                                **DEFENDANT**

## ORDER

During the March 2, 2011, revocation hearing, defendant was not notified that he is required to pay the $75 balance owed on his $100 special penalty assessment in case number 4:09CR0042-01 and the $100 balance owed in case number 4:10CR00156-01. Notice is hereby given that the judgment herein will require defendant to immediately pay both balances, totaling $175.

The clerk is requested to provide a copy of this order to the United States Probation Office and the United States Marshal's Office.

IT IS SO ORDERED this 4th day of March, 2011.

_____
UNITED STATES DISTRICT JUDGE